UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLACIAL CAPITAL, LLC and TRSE HOLDINGS LLC,

                Plaintiffs,

-against-

THE PROVINCE OF BUENOS AIRES,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022

21-cv-10786 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' most recent letters regarding their dispute over the proposed judgment [ECF Nos. 36, 37]. IT IS HEREBY ORDERED, within three days of this Order, the parties shall file a joint letter stating: (1) whether all parties consent to entry of the revised proposal Plaintiffs filed on October 17, 2022 [ECF No. 37-1]; (2) whether there are any remaining disputes aside from the language of the proposed judgment and, if not, why the Court should not deny as moot the pending motion for summary judgment [ECF No. 20].

IT IS FURTHER ORDERED that the parties shall appear before Magistrate Judge Parker for a settlement conference as soon as possible. The Court will issue a separate order of reference to the Magistrate Judge. IT IS FURTHER ORDERED that, within three days of the settlement conference, the parties shall file a joint letter informing the Court whether the settlement conference was successful.

**SO ORDERED.**

Date: October 18, 2022
New York, NY

MARY KAY VYSKOCIL
United States District Judge