```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____11/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GLACIAL CAPITAL, LLC and TRSE
HOLDINGS LLC,

                                    Plaintiffs,

            -against-

THE PROVINCE OF BUENOS AIRES,

                                    Defendant.
---------------------------------------------------------------X

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**21-CV-10786 (MKV)**

        A settlement conference in this matter is scheduled for **Friday, January 13, 2023 at

10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New

York.  Parties must attend in-person with their counsel.  Corporate parties must send the

person with decision making authority to settle the matter to the conference.  The parties are

instructed to complete the Settlement Conference Summary Report and prepare pre-

conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-

conference submissions must be received by the Court no later than **January 6, 2023 by 5:00

p.m.**

        **SO ORDERED.**

Dated: November 3, 2022
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge