**MEMO ENDORSED**

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

November 9, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

WRITER'S DIRECT DIAL NO.
(212) 849-7000

WRITER'S EMAIL ADDRESS
dhranitzky@quinnemanuel.com

<u>VIA ECF</u>

Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Glacial Capital, LLC, et al v. The Province of Buenos Aires*, Case No. 1:21-cv-10786-MKV

Dear Judge Parker:

I write on behalf of plaintiffs in the above-referenced matter to request an adjournment of the settlement conference currently scheduled to take place on January 13, 2023 at 10:00 a.m. to January 20, 2023 at 10:00 a.m. Following the scheduling conference that took place last week, I learned from my clients that neither is available for a settlement conference on January 13, which is the Friday before the Martin Luther King Day holiday. Defendant the Province of Buenos Aires has no objection to this request. This is the first request for adjournment or extension by either party.

Counsel for the parties spoke by phone this morning with Your Honor's courtroom deputy, Chris Aiello, and he indicated that the Court would be available on January 20, 2023 and requested that we file this letter formally requesting adjournment of the settlement conference to January 20, 2023.

Respectfully submitted,

/s/ *Dennis Hranitzky*

**APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for Friday, January 13, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Friday, January 20, 2023 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>January 13, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED
Hon. Katharine H. Parker, U.S.M.J.
11/10/2022

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART