USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLACIAL CAPITAL, LLC and TRSE HOLDINGS LLC,

                         Plaintiffs,

      -against-

THE PROVINCE OF BUENOS AIRES,

                         Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

21-CV-10786 (MKV)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing the Zoom platform is scheduled for **Wednesday, January 25, 2023 at 10:00 a.m.** Counsel for the parties are directed to send a Zoom invitation to Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference.

      **SO ORDERED.**

Dated: January 20, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge