```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLACIAL CAPITAL, LLC and TRSE HOLDINGS LLC,

                Plaintiffs,

    -against-

THE PROVINCE OF BUENOS AIRES,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**21-CV-10786 (MKV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 19, 2024, the Court issued an Order scheduling a settlement conference in this matter for **Wednesday, March 6, 2024 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Although counsel must attend this conference in person, the parties are excused from attending in person and may attend remotely.  Counsel shall be responsible for connecting their clients to the conference by video call, and shall be sure to request permission to bring electronic devices into the Courtroom in advance of the Conference in order to ensure that their clients can be seamlessly connected to the conference.

    **SO ORDERED.**

Dated: January 26, 2024
       New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge