```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLACIAL CAPITAL, LLC and TRSE HOLDINGS LLC,

                        Plaintiffs,

        -against-

THE PROVINCE OF BUENOS AIRES,

                        Defendant.
-----------------------------------------------------------------X

**ORDER**

21-CV-10786 (MKV)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        By **Thursday, May 9, 2024,** the parties shall submit a joint settlement status update to the Court through the chambers email address and advise on the parties' desire to proceed with the settlement conference scheduled for Wednesday, May 15, 2024.

        **SO ORDERED.**

Dated: May 2, 2024
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge