USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GLACIAL CAPITAL, LLC and TRSE HOLDINGS LLC,

                Plaintiffs,

-against-

THE PROVINCE OF BUENOS AIRES,

                Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

21-CV-10786 (MKV)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic attorney only Settlement Status Conference in this matter is hereby scheduled for **Wednesday, March 26, 2025 at 4:00 p.m.**  Counsel for the parties will be emailed the call-in information for this proceeding.

**SO ORDERED.**

Dated: February 24, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge