UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLACIAL CAPITAL, LLC and TRSE
HOLDINGS LLC,

        Plaintiffs,

        v.

THE PROVINCE OF BUENOS AIRES,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/15/2025

No. 1:21-cv-10786-MKV

ORDER OF SATISFACTION OF
JUDGMENT

WHEREAS, on March 20, 2023, the Court entered a judgment against the Province in favor of plaintiffs Glacial Capital, LLC and TRSE Holdings LLC in the amounts of $15,627,333.04 to Glacial Capital, LLC and $19,465,625.37 to TRSE Holdings LLC;

WHEREAS, plaintiffs and the Province have consummated a settlement (the "Settlement Agreement") and plaintiffs agreed, *inter alia*, to accept an amount agreed-upon by the parties in full discharge and satisfaction in respect of any claim or court judgment (the "Settlement Consideration");

WHEREAS, in accordance with the Settlement Agreement, plaintiffs received the Settlement Consideration;

WHEREAS, plaintiffs' Final Judgment has been fully satisfied by the Province's payment to plaintiffs;

NOW, THEREFORE, full satisfaction of the Final Judgment is hereby acknowledged, and the Clerk is hereby authorized and directed to make an entry of satisfaction on the docket.

DATED: September 16, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kevin S. Reed
kevinreed@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000

Debra D. O'Gorman
debraogorman@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Tel: (212) 849-7000

*Attorneys for Plaintiffs Glacial Capital, LLC and TRSE Holdings LLC*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Carmine D. Boccuzzi, Jr.
cboccuzzi@cgsh.com
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000

*Attorney for Defendant the Province of Buenos Aires*

IT IS SO ORDERED.

Dated:  December 15, 2025
        New York, New York

Mary Kay Vyskocil
United States District Judge

2